PD-1670-14

PD-1670-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/26/2014 9:44:53 AM
Accepted 12/30/2014 9:24:57 AM
ABEL ACOSTA
CLERK

CAUSE NUMBER 05-13-00876-CR

| DUSTIN KEITH DAVIS | § | ON APPEAL FROM THE |
| | § | |
| v. | § | FIFTH COURT OF APPEALS |
| | § | |
| THE STATE OF TEXAS | § | DALLAS COUNTY, TEXAS |

EXTENSION FOR FILING PETITION FOR DISCRETIONARY REVIEW

DUSTIN KEITH DAVIS, through Court appointed counsel moves the Court to extend the time for Appellant to petition the Court for review and shows:

1.  Counsel was appointed on appeal.

2.  The Court of Appeals opinion was issued on November 24, 2014.

3.  The deadline for filing the Petition for Discretionary Review is 30 days from that date.

4.  Appellant needs additional time to prepare the Petition for Discretionary Review.

CONCLUSION

THEREFORE, Appellant requests a 30 day extension to file a Petition for Discretionary Review.

Respectfully submitted,

Allan Fishburn
211 N. Record
Suite 450
Dallas, Texas 75202
(214)761-9170
(214) 742-7313 Fax
allanfishburn@yahoo.com

FILED IN
COURT OF CRIMINAL APPEALS

December 30, 2014

ABEL ACOSTA, CLERK